**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                 CASE NO.    3:22-cr-00012-MCR

MICHAEL CORTEZ ELLIS

**NOTICE OF HEARING**

TAKE NOTICE that the proceeding in the case has been set for the place, date and time set forth below:

**Place:**          United States Courthouse
                    One North Palafox Street
                    Pensacola, Florida 32502

**Room No:**        Courtroom 5

**Date:**           August 16, 2022

**Time:**           11:00 am

**Time Allotted:**  *1 hour reserved

**Proceeding:**     Sentencing Hearing before the Honorable M. Casey Rodgers

*NOTE:  If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Barbara Rogers*

May 10, 2022
DATE:                                                              Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation
Court Reporter
Court Security Officer

*Note:  Should additional time be needed, please notify the court.